

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00311-CV

CHRISTINA BOB, Appellant

V.

CYPRESSWOOD COMMUNITY ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County. (Tr. Ct. No. 1036047).

This case is an appeal from the final judgment signed by the trial court on January 6, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Christina Bob, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 28, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.